### WHITMAN v. HITT.

#### Opinion delivered May 27, 1905.

JUDGMENT—EFFECT.—A complaint was filed and summons issued against the Whitman-Zook Lumber Company, and the sheriff returned the summons, saying that he had executed it by delivering a copy to Whitman, and Whitman answered, denying that he was indebted to plaintiff. A judgment was rendered against the company, which failed to show whether it was a firm or corporation. *Held,* that there was no judgment against Whitman.

Appeal from Crittenden Circuit Court.

ALLEN HUGHES, Judge.

Reversed.

*R. G. Brown,* for appellant.

The judgment rendered by the circuit court of Monroe County, Miss., was not a valid judgment against the appellant, even under the Mississippi Code. Rev. Code, Miss. (1890), § 3436; 62 Miss. 350; 41 Miss. 102; 1 How. (Miss.), 527. In the absence of a statute permitting suits against a partnership as such, the name of the members of a partnership should be set

out in the summons as well as the complaint.    15 Enc. Pl. & Pr.
898; 17 Ore. 256; 41 Mich. 138; 44 Ala. 584; 60 Ala. 269; 17
Md. 74; 33 Md. 107; 41 Miss. 102; 1 How. 527; 62 Miss. 350;
43 Miss. 167; 17 Ore. 256; 43 Cal. 571.    The issue raised by the
answer must in some way be disposed of before judgment against
the defendant.    42 Ark. 268; 4 Ark. 526.    No judgment was
ever rendered against Whitman.    63 Miss. 112.    The judg-
ment must be certain.    11 Enc. Pl. & Pr. 948; 42 Cal. 571.    The
record alone can be looked into.    1 Green. Ev. § 305; 10 S. &
M. 552.    The statute of jeofails cures only defects of pleading—
not of proofs.    70 Ark. 150.    And does not extend to a case
where the allegations fail to state a cause of action.    5 How.
484; 25 Miss. 242; 44 Miss. 413; 65 Miss. 41; 44 Miss. 418; 5
How. 492.

*J. W. Buchanan* and *S. A. Wilkinson,* for appellee.

The judgment rendered in Mississippi against appellant was
valid.    Black, Judg. § 222; 16 Ark. 54; 11 Ark. 162; 15 Enc. Pl.
& Pr. 844; 11 *Id.* 1107; Code of Miss. § 3436; 55 Miss. 254; 63
Miss. 280; 69 Miss. 263; Miss. Code, § 746; 11 How. 189.

BATTLE, J.    This is an action brought by R. P. Hitt against
C. T. Whitman upon a judgment recovered by plaintiff in the
circuit court of Monroe County, in the State of Mississippi,
against Whitman-Zook Lumber Company.    The plaintiff recov-
ered judgment in this case against Whitman; and he appealed.

In the complaint or declaration in the action in which the
judgment sued upon was recovered it was not shown or alleged
who the Whitman-Zook Lumber Company is—whether a firm or
corporation, and, if a firm, who compose it.    In the summons
issued in the case the sheriff was directed to summon the Whit-
man-Zook Lumber Company, and he returned it, saying he had
executed it by reading it to C. T. Whitman, of the Whitman-Zook
Lumber Company, and delivering him a copy thereof.    Whitman
answered, and denied that he was indebted to the plaintiff for
the sum sued for.    Judgment was rendered against Whitman-
Zook Lumber Company, but it does not show that the lumber com-

pany was a firm or corporation, and if a firm who composed it. The answer or plea of Whitman was not disposed of. Upon this judgment this action was based. The evidence fails to show that Hitt recovered a judgment in the Mississippi court against Whitman.

Reversed and remanded for a new trial.